

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

United States of America

v.

Jaime Lopez-Cosilion

Citizen of Mexico

USM#: 10326-023    DOB: 1980

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed on or After November 1, 1987)

No. 08-15967-001M-SD

Brenda Acosta Sandoval (AFPD)
Attorney for Defendant

ICE#: A73 389 807

**THE DEFENDANT ENTERED A PLEA OF** guilty on 7/9/2008 to Count TWO of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, USC § 1325, Illegal Entry, a Petty offense, as charged in Count TWO of the Complaint.

**IT IS THE JUDGMENT OF THE COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of FIVE (5) MONTHS on Count TWO, with credit for time served.

**IT IS FURTHER ORDERED** that all remaining counts are dismissed on motion of the United States.

## CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $Remitted    **FINE:** $    **RESTITUTION:** $

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, 880 Front Street, San Diego, California 92101. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $Remitted shall be paid pursuant to Title 18, United States Code, Section 3013 for Count TWO of the Complaint.

Any unpaid balance shall become a condition of supervision and shall be paid within prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

IT IS FURTHER ORDERED that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

The Court orders commitment to the custody of the Bureau of Prisons.
The defendant is remanded to the custody of the United States Marshal.

08-15967-001M-SD

USA vs. Jaime Lopez-Cosilion

Page 2 of 2

Date of Imposition of Sentence: **Wednesday, July 9, 2008**

_____ Date 7/9/2008 _____
DAVID K. DUNCAN, United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:_____

Defendant delivered on _____ to _____ at _____, the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

_____        By:_____
United States Marshal                                              Deputy Marshal
08-15967-001M-SD -

DATE: 7/9/2008   CASE NUMBER: 08-15967-001M-SD

**PLEA/SENTENCING MINUTES**
USA vs. Jaime Lopez-Cosilion

U.S. MAGISTRATE JUDGE: DAVID K. DUNCAN   Judge #: 70BL
U.S. Attorney _____   INTERPRETER REQ'D Ricardo Gonzalez
Attorney for Defendant Brenda Acosta Sandoval (AFPD)   LANGUAGE: Spanish

DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☐ RELEASED ☒ CUSTODY

DOA __
☐ Complaint Filed   ☐ Appointment of counsel hearing held
☐ Financial Afdvt taken   ☐ No Financial Afdvt taken   ☐ Financial Afdvt sealed
☐ Initial Appearance

**DETENTION HEARING:** ☐ Held ☐ Cont'd ☐ Reset ☐ UA
Set for: before:
☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released (see order setting cond of rel) ☐ Bail set at $_____
☐ Defendant continued detained pending trial ☐ Flight Risk ☐ Danger

**PLEA HEARING:** ☒ Held ☐ Cont'd ☐ Reset
Set for: before:
☐ Consent to be tried by a Magistrate Judge signed ☐ Class A Misd ☐ Class B Misd ☐ Class C Misd
☐ Consent of Defendant ☐ Information filed _____ ☐ Complaint filed _____
☒ Defendant sworn and examined by the Court ☒ Plea of Guilty ☐ Not Guilty ☒ Entered to Counts TWO
☐ Defendant states true name to be _____. Further proceedings ORDERED in defendant's true name.
☒ Plea of Guilty entered as to Ct(s) TWO of the ☐ Information ☐ Indictment ☒ Complaint
☒ Court recommends/or accepts defendant's plea and finds plea to be freely and voluntarily given.
☐ Plea agreement: ☐ Lodged ☐ Filed ☐ Sealed
☐ Court does not accept defendant's plea of guilty because _____
☐ PSI ORDERED ☐ EXPEDITED ☒ PSI waived ☐ Time waived for passage of sentence
☐ Continued for sentence to __ before _____
☒ To be dismissed upon entry of the judgment, Ct(s) ONE
☒ ORDER vacate trial date/motion hearing/mtns moot
☐ ORDER defendant remain released pending sentence ☒ remanded to USM

**SENTENCING:**
☒ Defendant committed to Bureau of Prisons for a period of 5 months ☐ Probation/Supervised Release for _____
☒ Special Assessment $ REMITTED ☐ Fine $_____ ☐ Restitution $_____
Other: _____

RECORDED: CS
BY: Angela J. Tuohy, Deputy Clerk

DATE: 7/7/08            CASE NUMBER: 08-15967M-001

USA vs. Jaime Lopez-Cosilion

U.S. MAGISTRATE JUDGE: MARK W. REEVES FOR JAY R. IRWIN   #: 70BK

A.U.S. Attorney _____   INTERPRETER: Ricardo Gonzalez
                                          LANGUAGE: Spanish
Attorney for Defendant Brenda Acosta Sandoval (AFPD)
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): __

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ CUSTODY

DOA 7/2/08              ☒ Initial Appearance              ☒ Appointment of counsel hearing held
☐ Financial Afdvt taken ☒ Defendant Sworn                 ☐ Financial Afdvt sealed
☐ Rule 5(c)(3)          ☐ Defendant states true name to be ___. Further proceedings ORDERED
                          in Defendant's true name.

| DETENTION HEARING: | IDENTITY HEARING: |
|---|---|
| ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>Set for:<br>Before:<br>☒ Defendant ordered temporarily detained in the custody of the United States Marshal<br>☐ Defendant ordered released _____<br>☐ Defendant continued detained pending trial<br>  ☐ Flight risk ☐ Danger | ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br><br>☐ Warrant of removal issued. |
| **PRELIMINARY HEARING:** | **STATUS HEARING:** re: _____ |
| ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐ Probable cause found  ☐ Dismissed<br>☐ Held to answer before District Court | ☐ Held ☐ Con't ☐ Reset<br>Set for:<br>Before: |

Other: Plea and possible sentence hearing is set for 7/9/08 at 10:30 am before Magistrate Judge Duncan (Yuma).


Recorded by Courtsmart
BY: Angela J. Tuohy
Deputy Clerk

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Jaime LOPEZ-Cosilion
Citizen of Mexico
YOB: 1980
073389807
Illegal Alien

**CRIMINAL COMPLAINT**

CASE NUMBER: 08-15967M-SD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I

That on or about May 9, 2008, Defendant Jaime LOPEZ-Cosilion was arrested and removed from the United States to Mexico through the port of San Ysidro, California, in pursuance of law, and thereafter on or about July 2, 2008, Defendant was found in the United States near Winterhaven, California within the Southern District of California, the Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States and after the Defendant had willfully and unlawfully returned and remained in the United States; in violation of Title 8, United States Code, Section 1326 (Felony).

### COUNT II

That on or about July 2, 2008, within the Southern District of California, Defendant Jaime LOPEZ-Cosilion, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers; in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof.   ☒ Yes   ☐ No

Signature of Complainant
Carlos Diaz
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

July 7, 2008          at          Yuma, Arizona
Date                              City and State

Jay R. Irwin, U.S. Magistrate
Name & Title of Judicial Officer          Signature of Judicial Officer

STATEMENT OF FACTUAL BASIS

Defendant: Jaime LOPEZ-Cosilion

Dependents: None

**IMMIGRATION HISTORY:** The Defendant was last removed through San Ysidro, California on May 9, 2008 **and has four prior arrests by the Border Patrol.**

**CRIMINAL HISTORY:**

| DATE/LOCATION | | OFFENSE | DISPOSITION |
|---|---|---|---|
| 09/06/00 | Helena, MT | Illegal Re-entry | 24 Months jail/1 Yr Sup Rele. |
| 05/31/02 | Bakersfield, CA | Fugitive from Justice warrant | None listed. |
| 02/26/08 | Salinas, CA | Burglary | None listed. |

Narrative: The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Winterhaven, California.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant is an undocumented national of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near Andrade, California on July 2, 2008.

Charges: 8 USC§1326    (Felony)
8 USC§1325    (Misdemeanor)

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

_____July 7, 2008_____    _____
Date                                                          Signature of Judicial Officer

## Probable Cause Statement

I, Senior Patrol Agent Carlos Diaz, declare under penalty of perjury, the following is true and correct:

Defendant:         Jaime LOPEZ-Cosilion

Dependents:        None

**IMMIGRATION HISTORY:**   The Defendant was last removed through San Ysidro, California on May 9, 2008 **and has four prior arrests by the Border Patrol.**

**CRIMINAL HISTORY:**

| DATE/LOCATION | OFFENSE | DISPOSITION |
|---|---|---|
| 09/06/00 Helena, MT | Illegal Re-entry | 24 Months jail/1 Yr Sup Rele. |
| 05/31/02 Bakersfield, CA | Fugitive from Justice warrant | None listed. |
| 02/26/08 Salinas, CA | Burglary | None listed. |

Narrative: The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Winterhaven, California.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant is an undocumented national of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near Andrade, California on July 2, 2008.

Executed on: Date __July 4, 2008__     Time: __6:46 am__

Signed: _____ Senior Patrol Agent

### Finding of Probable Cause

On the basis of the facts presented in the foregoing Probable Cause Statement, consisting of one page(s), I find probable cause to believe that the defendant(s) named therein committed the offense on July 2, 2008 in violation of Title 8, United States Code, Section(s) 1326 and 1325.

Finding made on: Date __July 4, 2008__     Time __12:30 PM__

Signed: _____ United States Magistrate Judge